**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

v.                                         CASE NO.: 4:96cr75/MMP

DEWAYNE DUGAN

_____/

# O R D E R

This matter is before the court for consideration of reduction of defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).  The government has filed an opposition to sentence reduction, raising an issue of public safety.  (Doc. 203).  Upon consideration, the court finds it appropriate to appoint counsel and permit defendant an opportunity to argue his entitlement to a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).  The court has determined that defendant is qualified for appointment of counsel pursuant to the provisions of the Criminal Justice Act.[1]  Accordingly, it is ORDERED:

1.      The Federal Public Defender, 111 North Adams Street, Suite 100, Tallahassee, Florida 32301, telephone number (850) 521-3851, is appointed to represent this defendant and serve as counsel of record for the purposes of resentencing in the above-styled cause.  The defendant is presently in custody.  If a Criminal Justice Act (CJA) panel attorney is selected by the Federal Public Defender as defendant's attorney, this order authorizes payment of the CJA attorney for work on behalf of defendant.

2.      Following appearance by appointed counsel, the court will allow forty-five (45) days within which to file a motion on behalf of defendant.  If no motion is filed within the

---

[1]    By initial Order dated October 22, 1996, defendant was determined qualified for appointment of counsel.  Defendant has remained in custody since that date and the court sees to no basis or reason to alter his CJA qualification status.

prescribed time period, the court will enter an order denying sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

DONE and ORDERED 8th day of November, 2011.


_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**